

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
Theodore Levin United States Courthouse, Suite 707
231 West Lafayette Boulevard

Detroit, Michigan 48226

FINANCIAL DISCLOSURE OFFICE    SEP 3 II 27 AM '04    RECEIVED

Chambers of
ROBERT H. CLELAND
District Judge

(313) 234 - 5525

September 2, 2004

Hon. Mary M. Lisi, Chair,
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Calendar Year 2003 Filing; request for additional information

Dear Judge Lisi:

In a letter dated August 20, 2004, you requested certain additional information. I assume that you do not seek an entirely reprinted report in triplicate, and offer the missing or corrected information here:

| Part, page and line reference per 8/20/04 letter | Correction, addition or deletion |
|---|---|
| Part VII, page 1, line 2 | "Fidelity Cash Reserves" |
| Part VII, page 8, line 120 | "Fidelity Cash Reserves" |
| Part VII, page 11, line 196 | "Fidelity Cash Reserves" |
| Part VII, page 1, line 5 | Col. B(1) blank; Col B(2) "none" |
| Part VII, page 1, line 11 | Col. C blank; Col. D(3) "J" |
| Part VII, page 7, line 104 | Col. C(1) "P1" |
| Part VII, page 11, add line following line 179 | Col. A: "San Paolo IMI (stock)" |

Very truly yours,



Robert H. Cleland
United States District Judge

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>CLELAND, ROBERT H. | 2. Court or Org nization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>07/23/2004 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>ACTIVE UNITED STATES DISTRICT JUDGE | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial ___x___ Annual ___ Final | 6. Reporting Period<br><br>1/1/2003-12/31/2003 |
| 7. Chambers or Office Address<br>707 Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd<br>Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regul tions.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES. The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Seven of these entities constitute those fiduciary relationships listed in Section VII as "FR 1" through "FR 7", though not necessarily in that order | |
| 2 Co-Trustee | Trust 1 |
| 3 Co-Trustee | Trust 2 |
| 4 Co-Trustee | Trust 3 |
| 5 Co-Trustee | Trust 4 |
| 6 Trustee | Trust 5 |
| 7 President | Foundation 1 |
| 8 President | Sub-Chapter S Corporation 1 |
| 9 Co-Trustee | Partnership 1 |
| 10 Member | Board of Directors Condominium Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 1985 | DEFERRED COMP. AGREEMENT; ADMINISTRATOR: NATIONWIDE INSURANCE COMPANY |
| 2 1973 | RETIREMENT PLAN; COUNTY OF ST. CLAIR; AGE 59 ELIGIBILITY |

RECEIVED Jul 30 II 02 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | DATESOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1 | 2003 — Subchapter S Corporation (a c rporate form through which I serve as fiduciary of a rev trust as permitted by Canon 5D) | $ 3,000 |

### B. Spouse's Non-Investment Income - I you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ | NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No such reportable liabilities) | | |

*of Instructions.)*

| A. | | | Code | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| 3 | | | | | | | | | |
| | | | | | | | | | |
| | LLC | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | ■County, | | Rent | | | | | | |
| ■ | | | | | | | | | |
| | | | Gains | | | | | | |
| | fund) | | | | | | J | | |
| | | | | | | | | | |
| | (Mutual | | | | | | | | |
| fund) | | | | | | | | | |

| 2003 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting CLELAND, ROBERT H. | | Date of Report 07/23/04 |
|---|---|---|---|

VII. Page 2    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19 | Hussman Strategic Growth (mutual fund) | | | | | Buy | 9/26 | J | | |
| 20 | Matthews Asian Growth & Income Fund (Mutual Fund) | | | | | Buy | 6/25 | J | | |
| 21 | Prudent Bear FDS Inc (stock) | | | | | Sell | 4/29 | J | None | |
| 22 | Tweedy Brown Global Value Fund (mutual fund) | | | | | Sell | 6/24 | J | None | |
| 23 | S | A | Dividend | O | T | | | | | |
| 24 | Partnership 1 | | | | | | | | | |
| 25 | Aztar (stock) | | | | | | | | | |
| 26 | CUB Investment Partnership | | | | | | | | | |
| 27 | Excelsior Value and Restructuring (mutual fund) | | | | | | | | | |
| 28 | Fidelity Daily Income (mutual fund) | | | | | | | | | |
| 29 | Fidelity Diversified International Fund (mutual fund) | | | | | | | | | |
| 30 | Greenfield Comm. Credit LLC (stock) | | | | | Buy | 6/25 | J | | |
| 31 | Greenfield Commercial Credit LLC (stock) | | | | | Buy | 6/26 | J | | |
| 32 | Greenfield Commercial Credit LLC (stock) | | | | | Buy | 6/27 | J | | |
| 33 | Hussman Strategic Growth (mutual fund) | | | | | Buy | 6/24 | K | | |
| 34 | Lincoln National (stock) | | | | | | | | | |
| 35 | Needham Growth Fund (mutual fund) | | | | | Sell | 6/6 | J | None | |

1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000        G=$100,001-1,000,000        H=$1,000,001-$5,000,000        H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)              U=Book Value        V=Other        W=Estimate

VII. Page 3    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36 Prudent Global Income Fund (mutual fund) | | | | | Buy | 6/24 | J | | |
| 37 Rydex Sector Rotation Class H (stock) (IRA) | | | | | | | | | |
| 38 Schroder US Small Co (mutual fund) | | | | | | | | | |
| 39 Shaker Investor CL (stock) | | | | | Sell | 5/15 | J | None | |
| 40 Sym Select (mutual fund) | | | | | | | | | |
| 41 FR1 | E | Dividend & Capital Gains | N | T | | | | | |
| 42 Excelsior Value and Restructuring (mutual fund) | | | | | Sell | 11/05 | J | B | |
| 43 Fidelity Cash Reserves (mutual fund) | | | | | | | | | |
| 44 Hennessy Cornerstone Growth (mutual fund) | | | | | Sell | 11/05 | J | B | |
| 45 Hussman Strategic Growth (mutual fuind) | | | | | Buy | 6/26 | K | | |
| 46 Jensen Portfolio CLI (stock) | | | | | Buy | 11/07 | K | | |
| 47 Julius Baer Global Income Instl (mutual fund) | | | | | Buy | 6/24 | K | | |
| 48 Julius Baer Intern'l Instl (stock) | | | | | Sell | 6/24 | K | None | |
| 49 Lincoln National (stock) | | | | | | | | | |
| 50 Matthews Asian Growth & Income Fund (mutual fund) | | | | | Buy | 6/24 | K | | |
| 51 Needham Growth Fund (mutual fund) | | | | | Sell | 6/6 | K | D | |

1 Inc/Gain Codes:  A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,000-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52  Northeast Investors Trust (mutual fund) | | | | | Buy | 6/24 | K | | |
| 53  Northeast Investors Trust (mutual fund) | | | | | Sell | 11/5 | K | A | |
| 54  Pimco Total Return Instl (mutual fund) | | | | | Buy | 6/24 | K | | |
| 55  Prudent Global Income Fund (mutual fund) | | | | | Buy | 6/24 | K | | |
| 56  Rydex Sector Rotation Class H (stock) | | | | | Sell | 11/5 | J | None | |
| 57  Schroder US Opportunities (mutual fund) | | | | | Buy | 6/25 | K | | |
| 58  Schroder US Opportunities (mutual fund) | | | | | Partial Sale | 11/5 | K | A | |
| 59  Strong Short Term High Yield Bond (mutual fund) | | | | | Buy | 6/24 | K | | |
| 60  Strong Short Term High Yield Bond (mutual fund) | | | | | Sell | 11/5 | K | A | |
| 61  SYM Select Growth (Mutual Fund) | | | | | Sell | 7/18 | J | B | |
| 62  Turner Ultra Short Duration Fixed Income (mutual fund) | | | | | Buy | 6/24 | K | | |
| 63  Tweedy Brown Global Value Fund | | | | | Sell | 6/25 | K | None | Inadvertently reported as total sale on 2001 report |
| 64  Vanguard Short Term Corp (mutual fund) | | | | | Buy | 11/25 | K | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimate | |

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65 | **FR2** | D | Dividend & Capital Gains | M | T | | | | | |
| 66 | AT&T (stock) | | | | | | | | | |
| 67 | Citizens Banking (stock) | | | | | | | | | |
| 68 | Comcast (stock) | | | | | | | | | |
| 69 | CUB Investment Partnership | | | | | | | | | |
| 70 | Fidelity Low Price Fund (mutual fund) | | | | | Buy | 12/19 | J | | |
| 71 | Hussman Strategic Growth (mutual fund) | | | | | Buy | 6/24 | K | | |
| 72 | Lincoln National (stock) | | | | | | | | | |
| 73 | Matthews Asian Growth & Income Fund (mutual fund) | | | | | Buy | 6/25 | K | | |
| 74 | Sym Select (mutual fund) | | | | | | | | | |
| 75 | Tweedy Brown Global Value Fund (mutual fund) | | | | | Sell | 6/24 | K | None | |
| 76 | **FR3** | D | Dividend & Capital Gains | M | T | | | | | |
| 77 | AT&T (stock) | | | | | | | | | |
| 78 | Citizens Banking (stock) | | | | | | | | | |
| 79 | Comcast (stock) | | | | | | | | | |
| 80 | CUB Investment Partnership | | | | | | | | | |
| 81 | Fidelity Low Price Fund (mutual fund) | | | | | Buy | 12/19 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 6    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| *Indicate where applicable owner of – the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82  Hussman Strategic Growth (mutual fund) | | | | | Buy | 6/24 | K | | |
| 83  Lincoln National (stock) | | | | | | | | | |
| 84  Matthews Asian Growth & Income Fund (mutual fund) | | | | | Buy | 6/25 | K | | |
| 85  Sym Select (mutual fund) | | | | | | | | | |
| 86  Tweedy Brown Global Value Fund (mutual fund) | | | | | Sell | 6/24 | K | None | |
| 87  FR4 | D | Dividend & Capital Gains | M | T | | | | | |
| 88  AT&T (stock) | | | | | | | | | |
| 89  Citizens Banking (stock) | | | | | | | | | |
| 90  Comcast (stock) | | | | | | | | | |
| 91  CUB Investment Partnership | | | | | | | | | |
| 92  Fidelity Low Price Fund (mutual fund) | | | | | Buy | 12/19 | J | | |
| 93  Hussman Strategic Growth (mutual fund) | | | | | Buy | 6/24 | K | | |
| 94  Lincoln National (stock) | | | | | - | | | | |
| 95  Matthews Asian Growth & Income Fund (mutual fund) | | | | | Buy | 6/25 | K | | |
| 96  Sym Select (mutual fund) | | | | | | | | | |
| 97  Tweedy Brown Global Value Fund (mutual fund) | | | | | Sell | 6/24 | K | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- |
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- |
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 7    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98  FR5 | G | Dividend | M | T | | | | | |
| 99  Lincoln National (stock) | | | | | | | | | |
| 100  Nisource, fka NIPSCO (stock) | | | | | | | | | |
| 101  SEMCO Energy (stock) | | | | | | | | | |
| 102  Fidelity Spartan Florida Municipal Income (mutual fund) | | | | | | | | | |
| 103  Fidelity Cash Reserves Fund (MM) | | | | | | | | | |
| 104  FR6 | E | Dividend & Interest | | T | | | | | |
| 105  Albertsons Inc (stock) | | | | | Buy | 8/21 | J | | |
| 106  Alcoa Inc (stock) | | | | | Buy | 2/24 | J | | |
| 107  Allstate Corp (stock) | | | | | Buy | 8/22 | J | | |
| 108  Alltel Corp (stock) | | | | | Buy | 8/25 | J | | |
| 109  Amer Int'l Group Inc (stock) | | | | | | | | | |
| 110  Anadarko Petroleum Corp (stock) | | | | | | | | | |
| 111  Astrazeneca PLC (stock) | | | | | | | | | |
| 112  Aventis (stock) | | | | | | | | | |
| 113  Axa  (stock) | | | | | Buy | 8/21 | J | | |
| 114  BT Group PLC (stock) | | | | | | | | | |
| 115  Baker Hughes Inc (stock) | | | | | | | | | |
| 116  Banco Santander Cenfl Hispano SA Spon ADR (stock) | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- |
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- |
| (col C2)    U=Book Value | V=Other | W=Estimate | |

VII. Page 8  INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117 Barclays PLC (stock) | | | | | | | | | |
| 118 BASF Ag Spon ADR (stock) | | | | | | | | | |
| 119 Bellsouth Corp (stock) | | | | | | | | | |
| 120 Cash | | | | | | | | | |
| 121 Caterpillar Inc (stock) | | | | | Buy | 8/22 | J | | |
| 122 Cigna Corp (stock) | | | | | | | | | |
| 123 Comerica Inc (stock) | | | | | | | | | |
| 124 Conocophillips (stock) former called Phillips Petroleum | | | | | | | | | |
| 125 Costco Warehouse Corp (stock) | | | | | | | | | |
| 126 Credit Suisse Group Spon ADR (stock) | | | | | Buy | 2/24 | J | | |
| 127 Danaher Corp (stock) | | | | | Buy | 8/25 | J | | |
| 128 Dell Computer Corp (stock) | | | | | | | | | |
| 129 Delphi Automotive Systems Corp (stock) | | | | | Buy | 8/21 | J | | |
| 130 Delphi Automotive Systems Corp (stock) | | | | | Sell | 11/24 | J | None | |
| 131 Disney Walt Co (stock) | | | | | | | | | |
| 132 Duke Energy Corp (stock) | | | | | | | | | |
| 133 Du Pont De Nemours (stock) | | | | | Buy | 8/25 | J | | |
| 134 E on Ag Spon ADR (stock) | | | | | Buy | 2/24 | J | | |
| 135 Electronic Data Systems Corp (stock) | | | | | Buy | 8/21 | J | | |
| 136 EMC Corp Mass (stock) | | | | | Buy | 2/24 | J | | |

1 Inc/Gain Codes: A=1,000 or less  B=$1,001-$2,500  C=2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col B1, D4)  F=$50,000-$100,000  G=$100,001-1,000,000  H=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(col C2)  U=Book Value  V=Other  W=Estimate

VII. Page 9    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137 | Enel Spa Spon ADR (stock) | | | | | | | | | |
| 138 | Fedex Corp (stock) | | | | | | | | | |
| 139 | First Data Corp (stock) | | | | | Buy | 8/22 | J | | |
| 140 | Fuji Photo Film ADR New Japan (stock) | | | | | Sell | 11/12 | J | None | |
| 141 | Gannett Co (stock) | | | | | Buy | 12/02 | K | | |
| 142 | Gap Inc (stock) | | | | | Buy | 11/18 | K | | |
| 143 | Gen'l Electric Co (stock) | | | | | | | | | |
| 144 | Glaxo SmithKline PLC ADR (stock) | | | | | | | | | |
| 145 | Hitachi Ltd (stock) | | | | | Buy | 8/22 | J | | |
| 146 | HSBC Holdings PLC (stock) | | | | | | | | | |
| 147 | Ing Group N V NL Spon ADR (stock) | | | | | | | | | |
| 148 | Intel Corp (stock) | | | | | Buy | 8/22 | J | | |
| 149 | Int'l Paper Co (stock) | | | | | | | | | |
| 150 | Johnson & Johnson (stock) | | | | | | | | | |
| 151 | Kimberly Clark Corp (stock) | | | | | | | | | |
| 152 | KLA-Tencor Corp (stock) | | | | | Buy | 8/15 | J | | |
| 153 | KLA-Tencor Corp (stock) | | | | | Buy | 8/22 | K | | |
| 154 | LaFarge New Spon ADR (stock) | | | | | Buy | 11/18 | K | | |
| 155 | Lehman Brothers Holdings Inc (stock) | | | | | | | | | |
| 156 | Lincoln National (stock) | | | | | | | | | |
| 157 | Lockheed Martin Corp (stock) | | | | | | | | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 10   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 158  Lowes Companies Inc | | | | | | | | | |
| 159  Marsh & McLennan Cos Inc (stock) | | | | | | | | | |
| 160  Matsushita Elec Ind (stock) | | | | | | | | | |
| 161  Medco Health Solutions (stock) | | | | | Sell | 10/03 | J | None | |
| 162  Merck & Co (stock) | | | | | | | | | |
| 163  Micron Technology Inc (stock) | | | | | | | | | |
| 164  Microsoft Corp (stock) | | | | | Buy | 8/21 | J | | |
| 165  Mitsubishi Tokyo Financial Spon ADR (stock) | | | | | Buy | 2/25 | J | | |
| 166  Nat'l Australia Bank Ltd (stock) | | | | | Sell | 8/15 | J | B | |
| 167  Nat'l City Corp (stock) | | | | | | | | | |
| 168  News Corp LTD ADR New Australia (stock) | | | | | Buy | 8/21 | K | | |
| 169  Nissan Motor Ltd (stock) | | | | | | | | | |
| 170  Nomura Holdings Inc New Spon ADR (stock) | | | | | Buy | 11/14 | J | | |
| 171  Novartis Ag Spon ADR (stock) | | | | | Sell | 8/15 | J | None | |
| 172  Nokia Corp (stock) | | | | | | | | | |
| 173  Oracle Corp (stock) | | | | | Buy | 8/15 | J | | |
| 174  Oracle Corp (stock) | | | | | Buy | 8/20 | J | | |
| 175  Proctoer & Gamble Co (stock) | | | | | Sell | 1/8 | J | B | |
| 176  RMA Money Mkt Portfolio | | | | | | | | | |
| 177  Rio Tinto PLC (stock) | | | | | Buy | 8/22 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000  P1=$ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 11    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 178 Royal Dutch Petroleum Co New 1.25 Guilder Shs ADR (stock) | | | | | Buy | 6/11 | J | | |
| 179 Royal Dutch Petroleum Co New 1.25 Guilder Shs ADR (stock) | | | | | Buy | 8/22 | J | | |
| 180 Sara Lee Corp (stock) | | | | | Buy | 8/25 | J | | |
| 181 Sears Roebuck (stock) | | | | | Sell | 11/14 | J | C | |
| 182 Siebel Systems Inc (stock) | | | | | | | | | |
| 183 Siemens AG Spon ADR (stock) | | | | | Buy | 2/24 | J | | |
| 184 Siemens AG Spon ADR (stock) | | | | | Buy | 6/11 | J | | |
| 185 Siemens AG Spon ADR (stock) | | | | | Buy | 8/22 | J | | |
| 186 Sony Corp (stock) | | | | | | | | | |
| 187 Suntrust Banks Inc (stock) | | | | | Buy | 8/21 | J | | |
| 188 Telecom Italia (stock) | | | | | Sell | 6/11 | K | B | |
| 189 Telefonica S A (stock) | | | | | | | | | |
| 190 Total Fina Elf S.A. France (stock) | | | | | | | | | |
| 191 UBS AG (USD) Stock) | | | | | Buy | 2/24 | J | | |
| 192 Unilever NV N Y SHS New Netherlands (stock) | | | | | Sell | 11/14 | K | A | |
| 193 United Technologies Corp (stock) | | | | | Buy | 8/22 | J | | |
| 194 Washington Mutual Inc (stock) | | | | | Buy | 8/22 | J | | |
| 195 **FR7** | A | Interest/ Dividend | J | T | | | | | |
| 196 Cash | | | | | | | | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 12    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.  Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 197 | **Investment Club** (8.3% interest) | A | Dividends | J | T | Buy | 2002 | J | | Added to portfolio in 2002-inadvertently omitted from Report |
| 198 | Affiliated Computer Services Cl A (stock) | | | | | | | | | |
| 199 | Agere Sys Inc Cl B (stock) | | | | | | | | | |
| 200 | Agere Sys Inc Cl A (stock) | | | | | | | | | |
| 201 | Allotel Corp (stock) | | | | | | | | | |
| 202 | Anheuser Busch Cos Inc (stock) | | | | | | | | | |
| 203 | Automatic Data Processing Incom (stock) | | | | | | | | | |
| 204 | Autozone, Inc (stock) | | | | | | | | | |
| 205 | Avaya Inc (stock) | | | | | | | | | |
| 206 | Checkpoint Software (stock) | | | | | | | | | |
| 207 | Comcast Corp (stock) | | | | | | | | | |
| 208 | Developers Diversified Realty (stock) | | | | | | | | | |
| 209 | Exxon Mobil Corp (stock) | | | | | | | | | |
| 210 | Federated Prime Obligations Issue #396 (stock) | | | | | | | | | |
| 211 | Glaxosmithkline PLC Spon ADR (stock) | | | | | | | | | |
| 212 | Interactivecorp (stock) | | | | | | | | | |
| 213 | LanAmerica Financial Group Inc (stock) | | | | | | | | | |
| 214 | Lucent Tech Inc (stock) | | | | | | | | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

2003
FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
CLELAND, ROBERT H.

Date of Report
07/23/04

VII. Page 13    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 215 | Microsoft Corp (stock) | | | | | | | | |
| 216 | MNBA Corp (stock) | | | | | | | | |
| 217 | Novartis A G (stock) | | | | | | | | |
| 218 | Pfizer Inc (stock) | | | | | | | | |
| 219 | Qwest Comm Intl Inc (stock) | | | | | | | | |
| 220 | Radian Group Inc (stock) | | | | | | | | |
| 221 | Reliant Resources Inc (stock) | | | | | | | | |
| 222 | Royce Premier Fund - Fund #265 (stock) | | | | | | | | |
| 223 | Rus Real Estate E #699 (stock) | | | | | | | | |
| 224 | Southwest Airls Co (stock) | | | | | | | | |
| 225 | Sysco Corp (stock) | | | | | | | | |
| 226 | Wasatch Pahrmaceutical Inc (stock) | | | | | | | | |
| 227 | | | | | | | | | |
| 228 | | | | | | | | | |
| 229 | | | | | | | | | |
| 230 | | | | | | | | | |
| 231 | | | | | | | | | |
| 232 | | | | | | | | | |
| 233 | | | | | | | | | |
| 234 | | | | | | | | | |
| 235 | | | | | | | | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.



Signature _____    Date _28 July 04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544